**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION TO RECUSE

Appellate case name:    Richard Stephen Calkins v. Carolyn Calkins James and Maurice Bresenhan, Jr., Administrator of the Estate of Mary Olive Hull Calkins, deceased

Appellate case number:   01-19-00703-CV

Trial court case number:  441165

Trial court:            Probate Court No 2 of Harris County

   Appellant, Richard Steven Calkins, has filed a motion to recuse Justice Sarah B. Landau from this appeal. Justice Landau declined to recuse and certified the motion to recuse to the remainder of the en banc court.* *See* TEX. R. APP. P. 16.3(b). The remainder of the en banc court voted unanimously to deny the motion. It is ordered that appellant's motion to recuse is denied.


Judge's signature: _____/s/ Sherry Radack_____

    Chief Justice Radack, Acting for the En Banc Court

Date: <u>March 24, 2020</u>

* The remainder of the en banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, and Hightower. Justice Countiss not sitting.